PEOPLE ex rel. SEMANSKY v. JOHNSON. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York, on the relation of Louis Semansky, against Joseph Johnson, as Commissioner, etc. A. J. Talley, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. SHERRY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York, on the relation of William A. Sherry, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Writ dismissed, and determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. WELCH, Respondent, v. BARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Proceeding by the People of the State of New York, on the relation of Samuel M. Welch, against Franklin E. Bard, individually and as Treasurer of the County of Erie, and the County of Erie. No opinion. Order affirmed, with costs.

PEOPLE ex rel. WHITE v. PURDY et al., Com'rs. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Lawson Purdy and another, Commissioners of Taxes and Assessments, etc. No opinion. Motion denied, with $10 costs. See, also, 154 App. Div. 951, 139 N. Y. Supp. 1140.

PETERS, Respondent, v. GRAUBART, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Harmon G. Peters against Samuel Graubart. No opinion. Judgment and order unanimously affirmed, with costs.

PETERSON, Appellant, v. LAMBERTSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Frederick Peterson against Royal S. Lambertson and another. No opinion. Order affirmed, without costs.

PETRASCH v. SAMUELS. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Elza Petrasch against Jacques Samuels. No opinion. Application denied, with $10 costs. Order signed.

PETROLINO, Respondent, v. BUFFALO L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Antonio Petrolino against the Buffalo, Lockport & Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

PILLION, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913). Action by Evelyn M. Pillion against the City of New York. No opinion. Judgment unanimously affirmed, without costs.

P. J. KANE CONTRACTING CO., Respondent, v. WILLS & MARVIN CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the P. J. Kane Contracting Company against the Wills & Marvin Company and others. J. T. Mahoney, of New York City, for appellants. C. I. Taylor, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PLYMPTON, Appellant, v. LIEBLER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Eben Plympton against Theodore A. Liebler and another. H. W. Rudd, of New York City, for appellant. M. D. Josephson, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs, on Pollock v. Shubert Theatrical Co., 146 App. Div. 628, 131 N. Y. Supp. 386. Order filed.

INGRAHAM, P. J., dissents.

POLLITZ v. WABASH R. CO. SAME v. EQUITABLE TRUST CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Actions by James Pollitz against the Wabash Railroad Company, and against the Equitable Trust Company. No opinions. Motions granted, with $10 costs. Orders filed. See, also, 154 App. Div. 935, 939, 139 N. Y. Supp. 1140.

POOLER, Respondent, v. WARNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Louise Pooler against Milo Warner and others. No opinion. Judgment and order affirmed, with costs.

POPPENBERG, Appellant, v. OVERLAND–BUFFALO CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Gustav Poppenberg against the Overland-Buffalo Company. No opinion. Judgment and order affirmed, with costs.

POTTER v. PICTORIAL REVIEW CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Alexander Potter against the Pictorial Review Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 874, 142 N. Y. Supp. 208; 142 N. Y. Supp. 1140.

POTTER v. PICTORIAL REVIEW CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Alexan-